# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ZACHARY HARDOUIN | CIVIL ACTION |
| VERSUS | NO. 19-12147 |
| DONNIE HANSON, WARDEN | SECTION: "T"(1) |

## **O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by Plaintiff Zachary Hardouin (R. Doc. 12), which fails to establish any error in the Magistrate Judge's findings, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Zachary Hardouin is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 30th day of June, 2021.

_____
**UNITED STATES DISTRICT JUDGE**